UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOUR GOLOVIN,

      Petitioner,

                                     Case No. 11-13452

v.

                                     Hon. John Corbett O'Meara

ERIC HOLDER, *et al.,*

      Respondents.

_____/

**ORDER DISMISSING PETITION**
**FOR WRIT OF HABEAS CORPUS**

Before the court is Timour Golovin's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Golovin challenges his detention pending removal. It has come to the court's attention, however, that Golovin was released from government custody on April 4, 2012. Because Golovin's petition challenges his confinement only (rather than his deportation), and because he has not alleged any collateral consequences arising from his detention or deportation, his petition is moot. See Spencer v. Kemna, 523 U.S. 1, 7 (1998); Amazon v. Meissner, 2000 WL 1124537 at *1 (Aug. 9, 2000).

Accordingly, IT IS HEREBY ORDERED that Golovin's petition for writ of habeas corpus is DISMISSED.

                                     s/John Corbett O'Meara
                                     United States District Judge

Date: May 30, 2012

I hereby certify that a copy of the foregoing document was served upon Petitioner this date, May 30, 2012, at Chippewa County Jail and Oakland County Jail using first-class U.S. mail.

s/William Barkholz
Case Manager